UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **GEORGE WERNER DILLMANN,**<br><br>    Plaintiff,<br>v.<br><br>**BANK OF AMERICA, N.A., TERRY L. RHODES, in her capacity as Executive Director of the Florida Department of Highway Safety and Motor Vehicles, ROBERT KUYNOCH, in his capacity as Director of Division of Motorist Services BRADLEY PERRY, in his capacity as Director of Bureau of Records, JOHN DOE 1 and JOHN DOE 2,**<br><br>    Defendants. | CASE NO.: 2:23-cv-00142-JES-NPM<br><br>**AMENDED MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**[1] |

Plaintiff, GEORGE DILLMANN moves pursuant to Fed.R.Civ.P. 4(m) to extend the time for service of process on defendants Terry Rhodes, Robert Kuynoch and Bradley Perry for a period of 90 days. As grounds, Plaintiff states the following:

1.    Plaintiff brings the instant action against Bank of America, N.A., Terry Rhodes ("Rhodes"), Robert Kuynoch ("Kuynoch"), and Bradley Perry("Perry") for violation of 18 U.S.C. §2721 and 42 USC 1983.

---

[1] Amended as to L.R. 3.01(g) Certification only.

1

2.     Rhodes, Kuynoch and Perry, were named as parties to the instant action based on their status as employees of the Florida Department of Highway Safety and Motor Vehicles ("DHSM"), who were involved in the wrongful release of Plaintiff's private and protected information.

3.     Subsequent to the filing of the instant complaint, Plaintiff has discovered that Rhodes, Kuynoch and Perry are no longer employees of the DHSM. As such, Plaintiff has commenced an investigation to determine where the foregoing parties are located and where they may be served with legal process. However, that process is inhibited in part by the fact that the forwarding addresses of the parties are within the custody and/or control of the DHSM.

4.     Plaintiff seeks an additional 90 days to determine where the parties are located so that they may be served with process. Accordingly, good cause exists to extend the time to serve Rhodes, Kuynoch and Perry for a period of ninety days.

WHEREFORE, Plaintiff respectfully requests that the court enter an order extending the time for service of process on Terry Rhodes, Robert Kuynoch and Bradley Perry for a period of 90 days.

### L.R. 3.01(g) Certification

On July 3, 2023, I, Christopher J. DeCosta, counsel for Plaintiff, has conferred via email with counsel for the defendant, Bank of America, in a good faith effort to resolve the issues set forth in the within motion and Attorney

Rottmann, Bank of America's counsel, has indicated that they have no objection to the relief requested herein.

    /s/ Christopher J. DeCosta
Christopher J. DeCosta, Esq.
Florida Bar No.: 271410

DATED this 3rd day of July, 2023.

Respectfully submitted,
 /s/ Christopher DeCosta
Christopher J. DeCosta, Esq.
Florida Bar No.: 271410
Mahshie & DeCosta, P.A.
1560 Matthew Drive, Suite E
Fort Myers FL 33907
Telephone: (239) 931-7566
Facsimile: (239) 931-7560
Primary Email:   Eservice@md-lawfirm.com
    Chris@md-lawfirm.com
Secondary Email:  paige@md-lawfirm.com
*Attorneys for Plaintiff, George Dillmann*

## CERTIFICATE OF SERVICE

I, CHRISTOPHER J. DECOSTA, hereby certify that on this 3rd day of July, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

**McGuire Woods**
50 N Laura St Ste 3300
Jacksonville, FL 32202-3661
Emily Yandle Rottmann, Esq.
Florida Bar No.: 93154
erottmann@mcguirewoods.com
**SENT VIA EMAIL**
*Attorneys for Bank of America, N.A.*

    /s/ Christopher DeCosta
Christopher J. DeCosta, Esq.
Florida Bar No.: 271410